**No. 41454.**—Protests 806793–G, etc., of F. W. Woolworth Co. (San Francisco).

Opinion by SULLIVAN, J. It was stipulated that the merchandise in question consists of cabinets in chief value of wood similar to those the subject of Abstract 37636. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 41455.**—Protest 876087–G of Carl Zeiss, Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Zeiss* (24 C. C. P. A. 145, T. D. 48624) and *United States* v. *Leitz* (id. 139, T. D. 48622) finders and other articles were held dutiable as photographic cameras and parts at 20 percent under paragraph 1551. Articles invoiced as "Starmorbi Telescope" were held dutiable at 45 percent under paragraph 228 on the authority of *United States* v. *Zeiss* (26 C. C. P. A. 182, C. A. D. 15).

BEFORE THE THIRD DIVISION, MAY 29, 1939

**No. 41456.**—Protest 877122–G of Keasbey & Mattison Co. (New York).

Opinion by CLINE, J. It appeared that the fiber in question was imported from Southern Rhodesia, packed in bags which were marked "Rhodesian Asbestos Fiber." It was found that the word "Rhodesian" in the marking evidently was intended to convey the impression that the merchandise originated in Rhodesia, but there are two countries bearing that name, Northern Rhodesia and Southern Rhodesia. Being of the opinion that it would be necessary to speculate, investigate, or interpret in order that the American purchaser or user of the merchandise herein involved might ascertain the country of origin from the marking "Rhodesian Asbestos Fiber" the court held that it was not legally marked and overruled the protest. Asbtracts 37097, 39520, 40109, and *American Burtonizing Co.* v. *United States* (13 Ct. Cust. Appls. 652, T. D. 41489) cited.

BEFORE THE FIRST DIVISION, MAY 31, 1939

**No. 41457.**—Protest 894797–G of Western Novelty Co. (Los Angeles).

Opinion by MCCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *United States* v. *Okuda* (23 C. C. P. A. 46, T. D. 47713) animal figures in chief value of plaster of paris coated with celluloid were held dutiable at 35 percent under paragraph 205 as claimed. The claim was overruled as to the rubber sponges in question. See Abstract 41458.